FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)                    Case Number 07-15238

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 22, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jose Gomez

▬▬▬▬▬, IL ▬▬▬

| | |
|---|---|
| Case Number:<br>07-15238 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-▬▬ |
| Attorney for Debtor(s) (name and address):<br>Stuart B Handelman<br>Law Offices Of Stuart B Handelman P C<br>332 S Michigan Ave Ste 1020<br>Chicago, IL 60604<br>Telephone number:  312 360-0500 Ext. 14 | Bankruptcy Trustee (name and address):<br>Norman B Newman<br>Much Shelist Freed Denenberg<br>191 North Wacker Drive Ste 1800<br>Chicago, IL 60601<br>Telephone number:  312-521-2000 |

**07 C 7034**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE SCHENKIER**

## Meeting of Creditors:

Date:  **September 25, 2007**          Time:  **01:30 PM**

Location:  **227 W Monroe Street, Room 3360, Chicago, IL 60606**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

### The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: November 26, 2007**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1-888-232-6814 | For the Court:<br><br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 4:30 PM | Date:  August 23, 2007 |



EXHIBIT
**B**

## EXPLANATIONS

FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### — Refer to Other Side for Important Deadlines and Notices —

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1          User: mmiller          Page 1 of 2          Date Rcvd: Aug 23, 2007
Case: 07-15238               Form ID: b9a            Total Served: 44

The following entities were served by first class mail on Aug 25, 2007.
```
db          +Jose Gomez,                              , IL
aty         +Stuart B Handelman,    Law Offices Of Stuart B  Handelman P C,    332 S Michigan Ave Ste 1020,
             Chicago, IL 60604-4323
tr          +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
             Chicago, IL 60606-1615
11563063     ADV Pain & Anesthesia Consultants,    2198 Paysphere Circle,    Chicago, IL 60674-0021
11563099    +Bank of America,    c/o Sherman Acquisition,    P.O. Box 10497,    Greenville, SC 29603-0497
11563085    +Bank of America,    c/o Lvnv Funding, LLC,    P.O. Box 10497,    Greenville, SC 29603-0497
11563068     Bank of America,    4050 Ogletown Stan,    Mail Code DES-019,    Newark, DE 19713
11563086    +Bank of America,    c/o M.R.S. Associates, Inc.,    3 Executive Campus, Suite 400,
             Cherry Hill, NJ 08002-4103
11563069    +Buffalo Grove Bone & Joint,    600 W. Lake Cook Road, Suite 160,    Buffalo Grove, IL 60089-2091
11563094     Buffalo Grove Orthopaedic Assoc.,    c/o Performax,    P.O. Box 27725,    Minneapolis, MN 55427-0725
11563070    +Buffalo Grove Orthopaedic Assoc.,    600 Lake Cook Road, Suite 160,    Buffalo Grove, IL 60089-2091
11563103    +Chase,    c/o Valentine & Kebartas, Inc.,    15 Union Street,    Lawrence, MA 01840-1866
11563101    +Chase,    c/o The Bureaus, Inc.,    1717 Central Street,    Evanston, IL 60201-1507
11563064    +Chase,    c/o AIS Services LLC,    50 California Street, Suite 1500,    San Francisco, CA 94111-4612
11563084    +Chase,    c/o Liberty Point Corporation,    8440 S. Hardy Drive,    Suite 102,
             Tempe, AZ 85284-2012
11563066     Citi Cards,    c/o Asset Acceptance Corp.,    P.O. Box 2036,    Warren, MI 48090-2036
11563075     Citi Cards,    P.O. Box 6409,    The Lakes, NV 88901-6409
11563093    +Citi Cards,    c/o NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
11563076     City of Chicago,    Bureau of Parking,    P.O. Box 88292,    Chicago, IL 60680-1292
11563077     Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
11563079     Comcast,    c/o Credit Protection Association,    P.O. Box 3002,    Southeastern, PA 19398-3002
11563078    +Comcast,    c/o Credit Protection,    P.O. Box 802068,    Dallas, TX 75380-2068
11563080     Diagnostic Radiology Specialists SC,    P.O. Box 4062,    Carol Stream, IL 60122-0001
11563089    +First North American,    c/o Midland Credit Management, Inc.,    8875 Aero Drive, Suite 2,
             San Diego, CA 92123-2251
11563081     First North American,    National Bank,    P.O. Box 42336,    Richmond, VA 23242-2336
11563082     Fleet Credit Card Services,    P.O. Box 84006,    Columbus, GA 31908-4006
11563083     Household Credit Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
11563087     MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
11563092    +MBNA America,    c/o NCO Financial,    P.O. Box 41448,    Philadelphia, PA 19101-1448
11563090    +MRI Lincoln Imaging Center,    P.O. Box 2957,    Carol Stream, IL 60132-0001
11563091    +MedLink HealthCare Networks,    c/o National Debt Collection Group,    P.O. Box 202,
             Van Nuys, CA 91408-0202
11563088    +MedLink HealthCare Networks,    6380 Wilshire Blvd., Suite 900,    Los Angeles, CA 90048-5000
11563095     Quest Diagnostics Incorporated,    c/o Performax,    P.O. Box 27725,    Minneapolis, MN 55427-0725
11563065    +Quest Diagnostics Incorporated,    c/o American Medical Collection Ag,
             2269 S. Saw Mill River Road,    Building 3,    Elmsford, NY 10523-3848
11563096     Quest Diagnostics Incorporated,    P.O. Box 64804,    Baltimore, MD 21264-4804
11563097    +SCH Laboratory Physicians, SC,    Dept. 4353,    Carol Stream, IL 60122-0001
11563098    +Shaprio, Vasilatos & Cotter, P.C.,    555 W. Jackson Blvd., Suite 700,    Chicago, IL 60661-5700
11563100    +Swedish Covenant Hospital,    5145 N. California Ave.,    Chicago, IL 60625-3687
11563071    +Swedish Covenant Hospital,    c/o C.B. Accounts, Inc.,    P.O. Box 1289,    Peoria, IL 61654-1289
11563072     Swedish Covenant Hospital,    c/o C.B. Accounts, Inc.,    1101 Main Street, Suite 300,
             Peoria, IL 61606-1928
11563102    +Uptown Emergency Physicians LLP,    c/o UCB Collections,    5620 Southwyck Blvd.,
             Toledo, OH 43614-1501
```

The following entities were served by electronic transmission on Aug 24, 2007.
```
11563067     EDI: BANKAMER.COM Aug 23 2007 23:14:00    Bank of America,    P.O. Box 5270,
             Carol Stream, IL 60197-5270
11563073     EDI: CHASE.COM Aug 23 2007 23:14:00    Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
11563074     EDI: CHASE.COM Aug 23 2007 23:14:00    Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11563083     EDI: HFC.COM Aug 23 2007 23:14:00    Household Credit Services,    P.O. Box 17051,
             Baltimore, MD 21297-1051
11563087     EDI: BANKAMER2.COM Aug 23 2007 23:14:00    MBNA America,    P.O. Box 15137,
             Wilmington, DE 19886-5137
                                                                                    TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****

NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1        User: mmiller          Page 2 of 2          Date Rcvd: Aug 23, 2007
Case: 07-15238              Form ID: b9a            Total Served: 44
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2007         Signature: _____