# AMCA
## COLLECTION AGENCY
### AMERICAN MEDICAL COLLECTION AGENCY
2269 South Saw Mill River Road, Building 3 • Elmsford, NY 10523

PIN NUMBER: ▉▉▉

Jose Gómez

▉▉▉, IL ▉▉▉

1-800-365-3638
1-914-345-7125

November 26, 2007

**07 C 7034**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE SCHENKIER**

## AVOID FURTHER ACTIVITY

Dear Jose Gomez:

You have had the opportunity to pay the **$175.00** you owe **Quest Diagnostics Inc.**, yet you have repeatedly neglected to do so. Your doctor determined that you needed certain laboratory tests. Our client performed those tests as ordered and has a right to be paid.

If you believe that the amount you owe is too small for us to pursue, you are mistaken. Send your payment of **$175.00** and we will not need to take further collection steps. Any further delay will force us to continue to attempt collection of the outstanding debt. Your charges are as follows:

| Date of Service | Account Number | Balance |
|---|---|---|
| 05/04/06 | ▉▉▉9164 | 5.50 |
| 10/23/06 | ▉▉▉4893 | 169.50 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member

Sincerely,

*Joseph Howard*

Collection Supervisor

DETACH HERE

AMCA
PO BOX 1235
ELMSFORD, NY 10523-0935

Service Provider: Quest Diagnostics Inc.
Amount Due: $175.00
Date of Service: SEE ABOVE
Invoice #: ▉▉▉

292

001270    071124

A03175002753253++++++++0

**EXHIBIT C**