**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Jose Gomez v. Retrieval-Masters Creditors Bureau, Inc., d/b/a American Medical Collection Agency, a New York corporation.

Case Number: **07 C 7034**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Jose Gomez.

| | |
|---|---|
| NAME (Type or print) Mary E. Philipps | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Mary E. Philipps | |
| FIRM Philipps & Philipps, Ltd. | |
| STREET ADDRESS 9760 South Roberts Road, Suite One | |
| CITY/STATE/ZIP Palos Hills, Illinois 60465 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06197113 | TELEPHONE NUMBER (708) 974-2900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |