IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Gomez, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | No. 07 C 7034 |
| | ) | |
| Retrieval-Masters Creditors Bureau, | ) | Judge Castillo |
| Inc., d/b/a American Medical Collection | ) | Magistrate Judge Schenkier |
| Agency, a New York corporation, | ) | |
| | ) | |
| | ) | |
|    Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Jose Gomez, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby requests this Court to enter a default judgment as to liability against Defendant Retrieval-Masters Creditors Bureau, Inc., d/b/a American Medical Collection Agency ("AMCA"). In support of his motion, Plaintiff states:

1. The Complaint in the above action was filed on December 14, 2007.

2. Defendant AMCA was served with the Complaint and Summons on December 17, 2007. The return of service was filed on December 31, 2007. Thus, Defendant had until January 7, 2008, to appear and to answer or otherwise plead.

3. The docket in this matter shows that, to date, Defendant AMCA has failed to appear and failed to answer or otherwise plead.

4. A Declaration of Counsel attesting to these facts is attached.

WHEREFORE, Plaintiff respectfully requests that a default judgment be entered against Defendant AMCA, as to liability and that damages be determined through subsequent proceedings.

                                                  Jose Gomez,

                                                  /s/ David J. Philipps
                                                  One of Plaintiff's Attorneys

Dated: January 8, 2008

David J. Philipps
Mary E. Philipps
Bonnie C. Dragotto
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2008, a copy of the foregoing **Motion for Default Judgment** was filed electronically and that I sent a copy of the foregoing **Motion for Default Judgment** to Russell Fuchs, President of Retrieval-Masters Creditors Bureau, Inc., d/b/a American Medical Collection Agency at 2269 South Saw Mill River Road, Building 3, Elmsford, New York, 10523, and c/o CT Corporation System, as registered agent, 208 S. LaSalle Street, Suite 814, Chicago, Illinois 60604, *via* U.S. Mail, first class postage pre-paid before 5:00 p.m. on January 8, 2008.

/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907
davephilipps@aol.com