IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Gomez, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7034 |
| | ) | |
| Retrieval-Masters Creditors Bureau, | ) | Judge Castillo |
| Inc., d/b/a American Medical Collection | ) | Magistrate Judge Schenkier |
| Agency, a New York corporation, | ) | |
| | ) | |
|    Defendant. | ) | |

### DECLARATION OF DAVID J. PHILIPPS

     I, David J. Philipps, declare under penalty of perjury, as provided for by the laws of the United States (28 U.S.C. § 1746), that the following statements are true:

     1.    I am a member of the Illinois state bar (1987), and the bars of the U.S. District Court for the Northern (general 1988; trial 1996) and the Central (1995) Districts of Illinois and the Southern District of Indiana (1997). I am also a member of the bars for the Seventh (1989) and Ninth (1993) Circuits of the United States Court of Appeals, and the bar of the United States Supreme Court (1994).

     2.    I am a 1987 graduate of the University of Illinois College of Law. I served as law clerk to Justice Benjamin K. Miller of the Illinois Supreme Court from 1987-88. From August, 1988 to November, 1999, I practiced with the firm of Beeler, Schad & Diamond, P.C. Chicago, IL, which had eleven attorneys and as to which I became a shareholder in 1995. In November, 1999, I founded the

firm of Gomolinski & Philipps, Ltd., which is now known as Philipps & Philipps, Ltd., due to the fact that my partner, William E. Gomolinski, was appointed by the Illinois Supreme Court to be a Judge of the Circuit Court of Cook County, Illinois, on July, 2007.

3.   At both my former and current firms, I have concentrated my practice in class actions and multi-plaintiff litigation involving investment and consumer fraud and fair debt collection practices.

4.   On December 14, 2007, the Complaint in this action was filed.

5.   On December 17, 2007, Defendant AMCA's registered agent was served with the Complaint.

6.   Thus, Defendant AMCA had until January 7, 2008, to appear and to answer or otherwise plead.

7.   I have caused the file of the Clerk of the Court to be reviewed and as of January 8, 2008 the docket sheet indicates that no appearance and no answer or other pleading has been filed on behalf of Defendant.

8.   This Declaration is made January 8, 2008, and if called as a witness in this matter, I would competently testify to the foregoing.

/s/ David J. Philipps_____