**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jose Gomez, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 06 C 7034 |
| Retrieval-Masters Creditors Bureau, Inc., d/b/a American Medical Collection Agency, a New York corporation, | ) ) ) ) | Judge Castillo Magistrate Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that at 9:45 a.m. on Tuesday, January 15, 2008, we shall appear before the Honorable Ruben Castillo, in Room 2141 of the District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Plaintiff's Motion For Default Judgment**, a copy of which is hereby served upon you.

By: /s/ David J. Philipps
One of Plaintiff's Attorneys

Dated:  January 8, 2008

David J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## **CERTIFICATE OF SERVICE**

      I, David J. Philipps, an attorney, certify that I sent a copy of the foregoing **Plaintiff's Motion for Default Judgment** to the individual on the service list below via U.S. Mail, first class, postage pre-paid, before 5:00 p.m., on January 8, 2008

                                            By: /s/ David J. Philipps
                                            One of Plaintiff's Attorneys

## **SERVICE LIST**

Russell Fuchs, President
Retrieval-Masters Creditors Bureau, Inc.,
    d/b/a American Medical Collection Agency
2269 South Saw Mill River Road
Building 3
Elmsford, New York, 10523


Retrieval-Masters Creditors Bureau, Inc.,
    d/b/a American Medical Collection Agency
c/o CT Corporation System, as registered agent
208 S. LaSalle Street
Suite 814
Chicago, Illinois 60604