IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE GOMEZ,<br><br>  Plaintiff,<br><br>v.<br><br>RETRIEVAL-MASTERS CREDITORS BUREAU, INC. d/b/a American Medical Collection Agency, a New York corporation,<br><br>  Defendant. | Case No. 07-C-7034<br>Judge Castillo |

**DEFENDANT'S MOTION TO VACATE ANY TECHNICAL DEFAULT AND FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD**

Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC. ("Retrieval"), by and through its attorneys, David M. Schultz and Nabil G. Foster, and pursuant to Federal Rule of Civil Procedure Rule 6(b) respectfully request this Court to vacate any technical default and grant Defendant an enlargement of time of twenty-one (21) days, up to and including January 31 2008, to file its responsive pleading to Plaintiff's Complaint. In support of its motion, Defendant states the following.

1. This case involves an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1962.

2. Counsel for Retrieval were retained in this matter on January 9, 2008.

3. Counsel for Retrieval called Plaintiff's counsel on January 9, 2008 to request an extension of time to answer or otherwise plead.

4. On January 10, 2008, Plaintiff's counsel agreed to our request for an enlargement of time to answer or otherwise plead.

5. Counsel for Retrieval requests an additional 21 days to investigate the allegations in the Complaint, familiarize themselves with the facts of the case and prepare a responsive pleading to the Complaint.

6. The additional time is not meant for purposes of delay or harassment.

WHEREFORE, Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC., respectfully requests this Court vacate any default against Defendant and grant an enlargement of time of 21 days, up to and including January 31, 2008, to file a responsive pleading to Plaintiff's Complaint.

Date: January 11, 2008

Respectfully submitted,

By: s/ Nabil G. Foster
One of the Attorneys for Defendant

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
nfoster@hinshawlaw.com