## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE GOMEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>RETRIEVAL-MASTERS CREDITORS BUREAU, INC. d/b/a American Medical Collection Agency, a New York corporation,<br><br>                Defendant. | Case No. 07-C-7034<br>Judge Castillo |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on **WEDNESDAY, JANUARY 16, 2008** AT **9:45** A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Ruben Castillo, or any Judge sitting in his stead in Courtroom 2141 of the District Court for the Northern District of Illinois, Eastern Division, 219 South South Dearborn Street, Chicago, Illinois, 60604, and then and there present **Defendant's Motion to Vacate Any Technical Default And For An Enlargement Of Time To File An Answer Or Otherwise Plead,** a copy of which is served upon you along with this: (1) notice of motion.

                              **DEFENDANT RETRIEVAL-MASTERS CREDITORS BUREAU, INC.**

                              By: /s/ Nabil G. Foster
                              One of its attorneys

                              David M. Schultz (Atty. No. 6197596)
                              Nabil G. Foster (Atty. No. 6273877)
                              Attorneys for Defendant
                              HINSHAW & CULBERTSON LLP
                              222 N. LaSalle Street, Suite 300
                              Chicago, Illinois 60601-1081
                              Phone No:  (312) 704-3000
                              Fax No:  (312) 704-3001
                              E-mail Address: dschultz@hinshawlaw.com
                                                  nfoster@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **Defendant's Motion to Vacate Any Technical Default And For An Enlargement Of Time To File An Answer Or Otherwise Plead** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 11th day of January, 2008.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | David J. Philipps |
| ___ | Federal Express | Mary E. Philipps |
| ___ | Mail | Philipps & Philipps, Ltd. |
| ___ | Messenger | 9760 S. Roberts Road |
| | | Suite One |
| | | Palos Hills, IL  60465 |
| | | (708) 974-2900 |

                                            s/Nabil G. Foster
                                            One of Its Attorneys

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
                          nfoster@hinshawlaw.com