# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE GOMEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>RETRIEVAL-MASTERS CREDITORS BUREAU, INC. d/b/a American Medical Collection Agency, a New York corporation,<br><br>             Defendant. | Case No. 07-C-7034<br>Judge Castillo |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC states as follows:

1. RETRIEVAL-MASTERS CREDITORS BUREAU, INC. has no parent corporation.

2. No publicly held corporation owns 10% or more of RETRIEVAL-MASTERS CREDITORS BUREAU, INC. stock.

Date: January 11, 2008

Respectfully submitted,

By: s/ Nabil G. Foster
One of the Attorneys for Defendant

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
                nfoster@hinshawlaw.com

6271410v1 884702

2

## CERTIFICATE OF SERVICE

       I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **Federal Rule 7.1 Disclosure Statement** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 11th day of January, 2008.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | David J. Philipps |
| ___ | Federal Express | Mary E. Philipps |
| ___ | Mail | Philipps & Philipps, Ltd. |
| ___ | Messenger | 9760 S. Roberts Road |
| | | Suite One |
| | | Palos Hills, IL  60465 |
| | | (708) 974-2900 |

                                                        s/Nabil G. Foster
                                                        One of Its Attorneys

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
                       nfoster@hinshawlaw.com

6271410v1 884702