UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jose Gomez
                                     Plaintiff,
v.                                                    Case No.: 1:07−cv−07034
                                                      Honorable Ruben Castillo
Retrieval−Masters Creditors Bureau, Inc.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 14, 2008:

    MINUTE entry before Judge Ruben Castillo :Motion hearings set for 1/15/2007 and 1/16/2007 are vacated. Plaintiff's motion for default judgment [9] is voluntarily withdrawn. Defendant's motion for extension of time to answer [13] is granted. Defendant to answer or otherwise plead to the complaint on or before 1/31/2008. Parties to file a joint status report on or before 1/31/2008. The Court will hold a settlement conference in chambers on 2/5/2007 at 2:30 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.