# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7034 | **DATE** | 1/28/2008 |
| **CASE TITLE** | Jose Gomez vs. Retrieval-Masters Creditors Bureau, Inc. | | |

**DOCKET ENTRY TEXT**

Counsel for plaintiff notified the Court that the parties have settled. This case is hereby dismissed without prejudice with leave to reinstate by 2/28/2008. Status report filing date of 1/31/2008 and settlement conference set for 2/5/2008 are vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|